AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ALEXANDER OCASIO,

    Plaintiff,

V.

ANN E. IMMERMAN, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3-09-cv-179-LRH-VPC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XXX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

This entire action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

  June 26, 2009

**LANCE S. WILSON**
Clerk

*Lia Griffin*
Deputy Clerk